## IN THE COURT OF APPEALS OF TENNESSEE
## WESTERN SECTION AT JACKSON
_____

| | | |
|---|---|---|
| **LARRY D. RUSSELL,** | ) | From the Chancery Court |
| | ) | for Shelby County, Tennessee |
| Plaintiff/Appellant, | ) | |
| | ) | The Hon. D.J. Alissandratos, Chancellor |
| **vs.** | ) | |
| | ) | Shelby County Chancery No. 105742-3 |
| **CRIMINAL COURT JUDGE JOSEPH** | ) | Appeal No. 02A01-9509-CH-00200 |
| **B. DAILEY DIVISION (5)** | ) | |
| | ) | **AFFIRMED** |
| Defendant/Appellee . | ) | |
| | ) | Larry D. Russell |
| | ) | Cold Creek Correctional Facility |
| | ) | Henning, Tennessee |
| | ) | Pro Se |
| | ) | |
| | ) | Charles W. Burson |
| | ) | Attorney General and Reporter |
| | ) | Mary M. Bers |
| | ) | Assistant Attorney General & Reporter |
| | ) | Nashville, Tennessee |
| | ) | Attorney for Appellee |

**FILED**

**February 7, 1996**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

_____

## OPINION AND ORDER
_____

**LILLARD,  J.**

This cause came to be heard upon the Rule 3 appeal by appellant Larry Russell from the Order of the trial court dismissing his claim against appellee Dailey for failure to state a claim and lack of jurisdiction.

The parties submitted the case on brief, and on December 8, 1995, the Court placed the case upon the accelerated Hearing Calendar, pursuant to the stipulation of the parties.

After review of the parties' briefs and after consideration of the entire record, the Court finds that all of the appellant's allegations against the appellee pertain to appellee's judicial acts. The trial court's dismissal of appellant's claims for failure to state a claim and lack of jurisdiction should be affirmed.

The trial court's dismissal of appellant's cause of action is hereby AFFIRMED.

It is SO ORDERED.

ENTERED: This the ___ day of _____, 1996.


_____

**LILLARD, J.**


_____

**FARMER, J.**


_____

**SUMMERS, SP. J.**